UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT         DC NHCT
THURGOOD MARSHALL UNITED STATES COURTHOUSE   Judge Gerard L. Goettel
40 FOLEY SQUARE                DC Dkt: 01-cv-558
NEW YORK  10007

Re: Crispim v. Athanson
Docket No. 03-7998

CIVIL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857-8576

Noting that <u>Neil Johnson</u> counsel for the appellant,
<u>Chantal Crispim, et al</u> has filed a Notice of Appeal, a Civil Appeals
Pre-Argument Statement and Transcript information, and being advised as
to the progress of the appeal,

IT IS HEREBY ORDERED that the index to the record on appeal, a certified,
copy of the docket entries, and the clerk's certificate shall be filed
on or before __Nov. 12, 2003__. The documents constituting the
record on apeal shall not be transmitted until requested by this Court,
but will be required within 24 hour of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix be
filed on or before __Nov. 19, 2003__.

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before
__Dec. 19, 2003__.

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the
Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no
earlier than the week of __Feb. 2, 2004__. All counsel should
immediately advise the Clerk by letter of the dates thereafter that they
are unavailable for oral argument. The time and place of oral argument
shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing
the record on appeal, or the appellant's brief and joint appendix, at the
times directed, or upon default or the appellant regarding any other
provision of this order, the appeal may be dismissed forthwith without
further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the
time directed by this order, the appellee shall be subject to such sanctions
as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: Stanley Bass
Stanley Bass
Staff Counsel

Dated: _____