# MANDATE



03-7998
Nhct
01cv-558
Gorttel

### UNITED STATES DISTRICT COURT
### SECOND DISTRICT

| | |
|---|---|
| CHANTAL CRISPIM, AND ESTATE OF JOSHUA DANIEL CRISPIM<br>    PLAINTIFF, | CIVIL ACTION NO.<br>301 CV558(GL) |
| VS. | |
| ZOE ATHANSON, WILLIAM IHNE, AND JON HORVATH<br>    DEFENDANTS. | DECEMBER 23, 2003 |

#### NOTICE OF STIPULATION TO WITHDRAW

Counsel in this case, Neil Johnson, Plaintiffs' attorney, and Ann Bird, Defendants' attorney, hereby give notice to the court of the stipulation to dismiss the appeal and withdraw the underlying district court case without costs to any parties.

_____          _____
Ann Bird, Esq.                                         Neil Johnson, Esq.


SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Jan. 9, 2004

• AAAA LEGAL SERVICES, P.C. •
• 96 WEBSTER STREET • HARTFORD, CT 06114 • (860) 278-0468 • JURIS NO.: 102940 •

1

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

CERTIFIED: 1/12/04



Nhat
01-cv-558
Goettel

# UNITED STATES DISTRICT COURT
## SECOND DISTRICT

| | |
|---|---|
| CHANTAL CRISPIM, AND ESTATE OF JOSHUA DANIEL CRISPIM<br>PLAINTIFF, | CIVIL ACTION NO.<br>301 CV558(GL) |
| VS. | |
| ZOE ATHANSON, WILLIAM IHNE, AND JON HORVATH<br>DEFENDANTS. | DECEMBER 23, 2003 |

### NOTICE OF STIPULATION TO WITHDRAW

Counsel in this case, Neil Johnson, Plaintiffs' attorney, and Ann Bird, Defendants' attorney, hereby give notice to the court of the stipulation to dismiss the appeal and withdraw the underlying district court case without costs to any parties.

_____
Ann Bird, Esq.

_____
Neil Johnson, Esq.

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Jan. 9, 2004

• AAAA LEGAL SERVICES, P.C. •
• 96 WEBSTER STREET • HARTFORD, CT 06114 • (860) 278-0468 • JURIS NO.: 102940 •

1

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(X) ORDER
RECEIVED BY: _____ DATE: _____